COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-168-CV

ALFRED LEE STONE APPELLANT

V.

THE JAMES V. ALLRED UNIT APPELLEE

----------

FROM THE 89
TH
 DISTRICT COURT 
OF WICHITA COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Cause.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED: June 15, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.